IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00076

KEVIN GERALD GOUGE,  )
)
Plaintiff, )
)
vs. )
) **O R D E R**
CAROLYN COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )
)

**THIS MATTER** is before the Court on the Plaintiff's Motion for an Extension of Time [Doc. 9].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for an Extension of Time [Doc. 9] is **GRANTED IN PART**. The Plaintiff shall have through and including **August 24, 2016**, within which to file the Plaintiff's Motion for Summary Judgment and Brief. In all other respects, the Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

Signed: August 19, 2016

Martin Reidinger
United States District Judge